**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HP INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 4:18-cv-700 |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO AMERICAN
PATENTS LLC'S OPPOSITION TO MOTION TO TRANSFER**

American Patents LLC ("APL") and HP Inc. ("HP") have agreed that HP should have until April 25, 2019 to file its reply brief in support of its motion to transfer (one week after the deposition of APL's witness, which is scheduled for April 18, 2019).

Accordingly, HP requests that the deadline for it to file a reply to APL's opposition to HP's motion to transfer be extended until April 25, 2019.

A proposed order is attached.

Dated:  April 16, 2019

　　　　　　　　　　　　　　　　　　　By: */s/ Sean C. Cunningham*
　　　　　　　　　　　　　　　　　　　　　Clyde M. Siebman
　　　　　　　　　　　　　　　　　　　　　Siebman Forrest Burg & Smith, LLP
　　　　　　　　　　　　　　　　　　　　　300 N Travis St.
　　　　　　　　　　　　　　　　　　　　　Sherman, TX 75090
　　　　　　　　　　　　　　　　　　　　　Phone: 903-870-0070
　　　　　　　　　　　　　　　　　　　　　Fax: 903-870-0066
　　　　　　　　　　　　　　　　　　　　　clydesiebman@siebman.com

　　　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　　　　　Sean C. Cunningham (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　sean.cunningham@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　Erin P. Gibson (admitted *pro hac vice*)

      erin.gibson@dlapiper.com  
      Tiffany Miller (admitted *pro hac vice*)  
      tiffany.miller@dlapiper.com  
      Jacob Anderson (admitted *pro hac vice*)  
      jacob.anderson@dlapiper.com  
      401 B Street, Suite 1700  
      San Diego, California 92101-4297  
      Phone: 619.699.2700  
      Fax: 619.699.2701  

ATTORNEYS FOR DEFENDANT HP INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2019.

      /s/ *Sean C. Cunningham*  
      Sean C. Cunningham

## CERTIFICATE OF CONFERENCE

Counsel for HP has discussed this motion with Plaintiff's counsel, who does not oppose the relief sought in this motion.

      /s/ *Sean C. Cunningham*  
      Sean C. Cunningham