IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>HP INC.,<br><br>  Defendant. | CIVIL ACTION NO. 4:18-cv-700-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS HP**

WHEREAS, and Plaintiff American Patents LLC ("American") and Defendant HP Inc. ("HP") have resolved American's claims for relief against HP asserted in this case.

NOW, THEREFORE, American and HP, through their attorneys of record, request this Court to dismiss all of American's claims for relief between American and HP with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: July 23, 2019

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*


*/s/ Sean C. Cunningham*
Clyde M. Siebman
TX Bar No. 18341600
Elizabeth S. Forrest
TX Bar No. 24086207
Siebman Forrest Burg & Smith, LLP
300 N Travis St.
Sherman, TX 75090
Phone: 903-870-0070
Fax: 903-870-0066
clydesiebman@siebman.com
elizabethforrest@siebman.com

DLA PIPER LLP (US)
Sean C. Cunningham (*pro hac vice*)
sean.cunningham@dlapiper.com
Erin P. Gibson (*pro hac vice*)
erin.gibson@dlapiper.com
Tiffany Miller (*pro hac vice*)

1

        tiffany.miller@dlapiper.com
        Jacob Anderson (*pro hac vice*)
        jacob.anderson@dlapiper.com
        Amy Walters (*pro hac vice*)
        amy.walters@dlapiper.com
        401 B Street, Suite 1700
        San Diego, CA 92101-4297
        Phone: 619.699.2700
        Fax: 619.699.2701

        *ATTORNEYS FOR DEFENDANT HP INC.*